Law Offices of Peter G. Macaluso
Peter G. Macaluso #215730
7311 Greenhaven Drive #100
Sacramento, CA 95831
916-392-6591
916-392-6590 Facsimile

Attorney for Debtors
Mikayel Mikayelyan
Amalya Tadevosyan

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN THE MATTER OF | CASE NO. 13-27163-A-13J |
| | DOCKET CONTROL #:PGM-1 |
| Mikayelyan, Mikayel | DATE: August 5, 2013 |
| SS#xxx-xx-3894 | TIME: 1:30 p.m. |
| | DEPT#: A, Courtroom 28 |
| Tadevosyan, Amalya | Honorable Judge Michael S. McManus |
| SS#xxx-xx-8103 | |
| Debtors / | |

**MOTION TO VALUE COLLATERAL OF
BANK OF AMERICA, N.A.**

Debtors, Mikayel Mikayelyan and Amalya Tadevosyan, by and through their attorney of record, moves the Court herein to value the collateral securing Debtor's indebtedness to Bank of America, N.A., to wit the debtor's second deed of trust on the real property located at 3605 Steam Court, Sacramento, CA 95827.

This Motion is based on the following:

1. That on May 25, 2013 Debtors filed a Chapter 13 to reorganize their debts.

2. The Debtors value the collateral at $0.00 with the balance of the loan to be treated as general unsecured, Class 7.

-1-

3. Against the property is a first deed of trust with Bank of America, N.A. in the approximate amount of $285,791.00.

3. Against the property is a second deed of trust with Bank of America, N.A. in the approximate amount of $57,618.00.

4. The debtor values the property at $150,000.00. Refer to the Declaration of Debtor filed herewith and the points and authorities.

5. The total amount of unavoidable liens on the real property is approximately $285,791.00;

**$150,000.00 Fair Market Value**

**-$285,791.00 Seterus, Inc. 1st Deed**
**(-$135,791.00)**

6. The value of the claim secured by a lien on the asset's title is $150,000.00.

Therefore, there is insufficient equity to secure the second deed of trust.

Based on the foregoing, Debtor respectfully requests that this Motion be granted.

Dated: July 5, 2013          /s/ Peter G. Macaluso
                         Peter G. Macaluso, Attorney at Law