```
Law Offices of Peter G. Macaluso
Peter G. Macaluso #215730
7311 Greenhaven Drive #100
Sacramento, CA 95831
916-392-6591
916-392-6590 Facsimile

Attorney for Debtors
Mikayel Mikayelyan
Amalya Tadevosyan
```

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN THE MATTER OF | CASE NO. 13-27163-A-13J |
| | DOCKET CONTROL #:PGM-1 |
| Mikayelyan, Mikayel | DATE: August 5, 2013 |
| SS#xxx-xx-3894 | TIME: 1:30 p.m. |
| | DEPT#: A, Courtroom 28 |
| Tadevosyan, Amalya | Honorable Judge Michael S. McManus |
| SS#xxx-xx-8103 | |
| _____Debtors_____/ | |

**NOTICE OF HEARING ON MOTION TO VALUE COLLATERAL**

**OF BANK OF AMERICA, N.A.**

**To the attention of an officer, a managing or general agent, or other agent authorized by appointment or law to receive service of process:**

NOTICE IS HEREBY GIVEN THAT a hearing upon the Debtor's Motion to Value the Collateral of Bank of America, N.A. will be held before the Court in Department "A", at the United States Bankruptcy Court, located at 501 I Street, 7th Floor, in Sacramento California, before the Honorable Judge McManus on August 5, 2013, at 1:30 p.m., or as soon thereafter as counsel may be heard.

Any party wishing to oppose this Motion must file a written

response with the Court and serve upon Movant, the Chapter 13 Trustee, the US Trustee and all parties listed on the Proof of Service, no later than fourteen (14) calendar days prior to the hearing. Failure to file written opposition may result in the Court granting the Motion.

Dated: July 5, 2013　　　　　　　　/s/ Peter G. Macaluso
　　　　　　　　　　　　　　　　Peter G. Macaluso, Attorney at Law