Law Offices of Peter G. Macaluso
Peter G. Macaluso #215730
7311 Greenhaven Drive, Suite 100
Sacramento, CA 95831
916-392-6591
916-392-6590 Facsimile

Attorney for Debtor(s)

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Mikayelyan, Mikayel
SS#xxx-xx-3894

Tadevosyan, Amalya
SS#xxx-xx-8103

Debtors            /

CASE NO. 13-27163-A-13J
DOCKET CONTROL #:PGM-1
DATE:   August 5, 2013
TIME:   1:30 p.m.
DEPT#:  A, Courtroom 28
Honorable Judge Michael S. McManus

**DECLARATION DEBTORS IN SUPPORT OF MOTION TO VALUE**

We, Mikayel Mikayelyan and Amalya Tadevosyan, Debtors in the above instant action do hereby declare as follows:

1. That on May 25, 2013, we filed a Chapter 13 to reorganize our debts.

2. That we own real property commonly known as 3605 Steam Court, Sacramento, CA 95827.

3. The total amount of unavoidable liens on our property is approximately $285,791.00. The fair Market Value is **$150,000.00**.

| | |
|---|---|
| Fair Market Value | **$150,000.00** |
| Our First Deed of Trust | **-$285,791.00** |
| Net equity (negative) | **-$135,791.00** |

4. Against the property is a second deed of trust with

Bank of America in the approximate amount of $57,618.00.

    5.   We determined the value of our property by reviewing Zillow.Com, local comparable sales of homes in our neighborhood and consulting with a realtor and/or broker.

    We declare under penalty of perjury that the forgoing statement is true and correct. This declaration is executed on July 1, 2013 at Sacramento, California.

                                        /s/Mikayel Mikayelyan
                                        Mikayel Mikayelyan, Debtor

                                        /s/Amalya Tadevosyan
                                        Amalya Tadevosyan, Debtor