```
Law Offices of Peter G. Macaluso
Peter G. Macaluso #215730
7311 Greenhaven Drive #100
Sacramento, CA 95831
916-392-6591
916-392-6590 Facsimile

Attorney for Debtor(s)
```

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF | CASE NO. 13-27163-A-13J |
| | DOCKET CONTROL #:PGM-1 |
| Mikayelyan, Mikayel | DATE: August 5, 2013 |
| SS#xxx-xx-3894 | TIME: 1:30 p.m. |
| | DEPT#: A, Courtroom 28 |
| Tadevosyan, Amalya | Honorable Judge Michael S. McManus |
| SS#xxx-xx-8103 | |
| _____Debtors_____/ | |

**CERTIFICATE OF SERVICE**

The undersigned declares as follows:

That I am a citizen of the United States, over the age of 18 years, and not a party to the within cause. My business address is 7311 Greenhaven Drive #100 Sacramento, CA 95831.

That on __July 5, 2013__, I served the **NOTICE OF HEARING, MOTION TO VALUE COLLATERAL OF BANK OF AMERICA, N.A., DECLARATION IN SUPPORT OF MOTION, AND POINTS AND AUTHORITIES IN SUPPORT OF MOTION** by depositing a true copy thereof enclosed in a sealed envelope with the postage thereon full prepaid, in the United States mail at Sacramento, CA 95831. Addressed as follows:

```
U.S. TRUSTEE                              CHAPTER 13 TRUSTEE
501 I STREET 7TH FLOOR                    P.O. BOX 1708
SACRAMENTO, CA 95814                      SACRAMENTO, CA 95812-1858

BANK OF AMERICA, N.A.
Officer, managing or general agent, or person
authorized to receive service of process
4161 PIEDMONT PARKWAY
GREENSBORO, NC 27420

CT CORPORATION SYSTEM                     http://kepler.sos.ca.gov/
AGENT FOR SERVICE OF PROCESS FOR
BANK OF AMERICA, N.A.
818 WEST SEVENTH STREET
LOS ANGELES, CA 90017
```

-1-

```
BANK OF AMERICA, N.A.                          http://research.fdic.gov/
An Officer and only an Officer
100 NORTH TRYON STREET
CHARLOTTE, NC 28202
VIA CERTIFIED MAIL #7011 3500 0002 3289 6663

BANK OF AMERICA, N.A.
CASSANDRA J. RICHEY
20750 VENTURA BOULEVARD #100
PO BOX 4365
WOODLAND HILLS, CA 91365-4365

THE BANK OF NY MELLON
BRIAN H. TRAN
1231 E DYER ROAD #100
SANTA ANA, CA 92705

MIKAYEL MIKAYELYAN
AMALYA TADEVOSYAN
3605 STEAM COURT
SACRAMENTO CA 95827
```

Agent for Service of Process search located on California Secretary of State web site. See attached.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed at Sacramento, California.

                                                    /s/ Valerie Conner
                                                       DECLARANT

Case 13-27163    Filed 07/05/13    Doc 26

**California Secretary of State Debra Bowen**

Secretary of State | Administration | Elections | **Business Programs** | Political Reform | Archives | Registries

**Business Entities (BE)**

Online Services
- **E-File Statements of Information for Corporations**
- **Business Search**
- **Processing Times**
- **Disclosure Search**

**Main Page**

**Service Options**

**Name Availability**

**Forms, Samples & Fees**

**Statements of Information** (annual/biennial reports)

**Filing Tips**

**Information Requests** (certificates, copies & status reports)

**Service of Process**

**FAQs**

**Contact Information**

Resources
- **Business Resources**
- **Tax Information**
- **Starting A Business**

Customer Alerts
- **Business Identity Theft**
- **Misleading Business Solicitations**

## Business Entity Detail

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Tuesday, June 25, 2013. Please refer to **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

| | |
|---|---|
| Entity Name: | BANK OF AMERICA, NATIONAL ASSOCIATION |
| Entity Number: | C2551762 |
| Date Filed: | 04/14/2003 |
| Status: | ACTIVE |
| Jurisdiction: | UNITED STATES |
| Entity Address: | 150 N COLLEGE ST, NC1-028-17-06 |
| Entity City, State, Zip: | CHARLOTTE NC 28255 |
| Agent for Service of Process: | C T CORPORATION SYSTEM |
| Agent Address: | 818 W SEVENTH ST |
| Agent City, State, Zip: | LOS ANGELES CA 90017 |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

Modify Search    New Search    Printer Friendly    Back to Search Results

**Privacy Statement** | **Free Document Readers**
Copyright © 2013    California Secretary of State

Case 13-27163    Filed 07/05/13    Doc 26

Each depositor insured to at least $250,000 per insured bank

**BankFind Home**    **Return to BankFind Results**    **Questions & Suggestions**

# Bank of America, National Association(FDIC #: 3510)

Status: Active • Insured Since January 1, 1934
Bank of America, National Associationis an active bank
Data as of: June 19, 2013

**Overview**    Locations    History    Identifications

**Bank Of America Corporation**
Bank Holding Company

**Bank of America, National Association**
Banking Institution

**5492 Locations**
Branches (Offices)

**Bank of America, National Association**has 5492domestic locations in 36states, 0locations in territories, and 228foreign locations

| | |
|---|---|
| **Established:** | October 17, 1904 |
| **FDIC Certificate #:** | 3510 |
| **Insured:** | January 1, 1934 |
| **Bank Charter Class:** | National Bank |
| **Headquarters:** | 100 North Tryon St<br>Charlotte, NC28202<br>Mecklenburg County |
| **Regulated By:** | Office of the Comptroller of the Currency |
| **Consumer Assistance:** | http://www.helpwithmybank.gov |
| **Corporate Website:** | http://www.bankofamerica.com |

Latest financial informationabout Bank of America, National Association

Contact the FDIC about Bank of America, National Association